# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153691 (54)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

KELLI SHINN,
      Plaintiff-Appellee,

v

STATE OF MICHIGAN SECRETARY OF
STATE ASSIGNED CLAIMS FACILITY,
      Defendant,
and

AMERICAN COUNTRY INSURANCE
COMPANY,
      Defendant-Appellee,
and

FARMERS INSURANCE EXCHANGE,
      Defendant-Appellant.

SC: 153691
COA: 324227
Wayne CC: 13-008123-NF

_____/

On order of the Court, the motion for reconsideration of this Court's November 23, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017



Clerk

t0227